ALLAN FOX COMPANY, INC., Appellant and Respondent,
   *v.* IGNATZ WOHL, Respondent and Appellant.

(Submitted March 23, 1931; decided March 31, 1931.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 255 N. Y.
268.)

ERIC STEPHAN, Respondent, *v.* THE MERCHANTS COL-
LATERAL CORPORATION et al., Appellants, Impleaded
with Others.

(Submitted March 23, 1931; decided March 31, 1931.)

*Edwin J. Dryer* for motion.
*Forrest M. Anderson* opposed.

Motion denied, with ten dollars costs.